THE NORTHERN ELEVATOR COMPANY, LIMITED, Appellant, *v.* THE LEHIGH VALLEY RAILROAD COMPANY, Respondent.

*Northern Elevator Co., Limited,* v. *Lehigh Valley R. R. Co.*, 98 App. Div. 635, affirmed.
(Argued January 29, 1906; decided February 13, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered December 8, 1904, affirming a judgment in favor of defendant

entered upon a verdict directed by the court and an order denying a motion for a new trial.

*J. H. Metcalf for* appellant.

*James McCormick Mitchell* and *Martin Carey* for respondent.

Judgment affirmed, with costs; no opinion.
. Concur: CULLEN, Ch. J., GRAY, O'BRIEN, EDWARD T. BARTLETT, WERNER and CHASE, JJ. Not sitting: HISCOCK, J.